■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY ROBERT RAPPAPORT, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on November 17, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings

pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Carro and Silverman, JJ.